UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A. FORSMAN,

                Plaintiff,

  v.

JEREMY CULUMBER, *et al.*,

                Defendants.

Case No. C20-1266 RSL-MLP

ORDER TO SHOW CAUSE

This matter comes before the Court on its own motion. Plaintiff Raymond A. Forsman filed a complaint on August 14, 2020. (Dkt. # 1.) Plaintiff did not provide a summons for the Clerk to issue. (*Id.*) Pursuant to Federal Rules of Civil Procedure 4(c)(1), a summons must be served with a copy of the complaint. Plaintiff is responsible for serving the summons and complaint within proscribed time allowed. Under Rule 4(m), the court may dismiss an action without prejudice if a plaintiff fails to effect proper service within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). Here, Plaintiff never obtained a summons from this court and therefore could not have served a summons on Defendants. In addition, the deadline to perfect service has passed. Plaintiff is therefore ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff's response to this order is

ORDER TO SHOW CAUSE - 1

due no later than **fourteen (14) days** from the date of this order. Failure to respond will result in a recommendation of dismissal of this case without prejudice.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 3rd day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2