UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A FORSMAN,

                Plaintiff,

   v.

JEREMY CULUMBER, *et al.*,

                Defendants.

Case No. C20-1266 RSL-MLP

REPORT AND RECOMMENDATION

      Plaintiff, proceeding *pro se*, filed a civil rights complaint. (Compl. (Dkt. # 1).) On December 3, 2020, the Court issued an order directing Plaintiff Raymond Forsman to show cause why this matter should not be dismissed without prejudice for failure to prosecute. (Dkt. # 6.) Specifically, the Court found Plaintiff is responsible for serving the summons and complaint on Defendants within the time proscribed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(c)(1) and 4(m). Because Plaintiff never obtained a summons from the Court, he could not have served a summons on Defendants as required and the deadline to perfect service has passed. The Court ordered Plaintiff to show cause within fourteen days of the Court's December 3, 2020 order why this matter should not be dismissed. The court advised that failure to respond to the Court's order would result in a recommendation of dismissal of this action without prejudice. To

REPORT AND RECOMMENDATION - 1

date, Plaintiff has not responded to the order to show cause. Accordingly, the Court recommends this action be dismissed for failure to prosecute without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 6, 2021.**

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 22nd day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2