UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A FORSMAN,

                Plaintiff,

    v.

JEREMY CULUMBER, et al.,

                Defendants.

Case No. C20-1266 RSL

ORDER

       Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

       (1)    The Court ADOPTS the Report and Recommendation.

       (2)    This matter is dismissed without prejudice.

       The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

       Dated this 13th day of January, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER - 1